IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Edward Charles Mooney

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

*(Unknown) Crime Syndicate Network

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. CA19-666

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

FILED 2019 DEC 26 A 11:31
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Edward Charles Mooney
Street Address: Harrington Hall, 30 Howard Avenue, Cranston, RI 02920
City and County: Cranston
State and Zip Code: RI, 02920
Telephone Number: (401) 529-6452
E-mail Address: urbanhermitarts@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: *Unknown
Job or Title (if known): Organized Crime Syndicate(s)
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:

2

State and Zip Code  _____

Telephone Number  _____

E-mail Address
(if known)  _____

Defendant No. 3

Name  _____

Job or Title
(if known)  _____

Street Address  _____

City and County  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address
(if known)  _____

Defendant No. 4

Name  _____

Job or Title
(if known)  _____

Street Address  _____

City and County  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address
(if known)  _____

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Misrepresentation/Slander/Defamation of Intellectual Property Distributed Untrue Statements Personal Suffering in Society, Politically, Economically, etc. Due to Misrepresentation & Slander

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* Edward C. Mooney, is a citizen of the State of *(name)* The State of Rhode Island and Providence Plantations

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4


b. If the defendant is a corporation

The defendant, *(name)* (Questioned → Facebook.com; Youtube.com → led to piracy & digital altering & misrepresentation of Product & Intellectual Property; Defamation of Character) is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* __Unknown__. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* __Unknown__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

(A) The Defamation of my Character is so extreme & severe That I have been living in abject poverty & malnutrition, & Near starvation since 2018.

(B) The Piracy & Digital manipulation (altering) of my Product & Intellectual Property has led to my music being Pirated (In, at least) Russia & Japan.

**III. Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Piracy & Misrepresentation: Youtube.com (through youtube.com my music, published on their site has been pirated to Japan a Seperate entity Japanese website (First Hand Knowledge) & a Russian one (Statement of an Industry Associate)

2. Facebook.com: Through Facebook My Image, Biography & Intellectual Property has been broadcast To predatory parties who have caused me great social, economic, Political, financial suffering, as well as Prejudice in the persuit of affordable housing.

5/

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- Presently, in at least three states I have been harangued, verbally, & physically assaulted, repeatedly, incessantly & presently by complete strangers (Rhode Island, Massachusetts, and New York); $ ≥ (Greater than or Equal to $125,000 for suffering, public humiliation & debasement of my rights as a free citizen & human being. (We hold these truths Self-Evident)
- $300,000 → for the piracy of my music to Unauthorized Internet sites in Russia & Japan (at least) (confirmed)

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/26, 2019.

Signature of Plaintiff   Edward C. Mooney, B.F.A.
Printed Name of Plaintiff   Edward C. Mooney, B.F.A.

B. **For Attorneys**

Date of signing: _____, 20__.

6

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

## CONTINUATION PAGES

**The Defendant(s) - Continuation**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 5

| | |
|---|---|
| Name | Youtube, Com |
| Job or Title (if known) | Unknown |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 6

| | |
|---|---|
| Name | Facebook, com |
| Job or Title (if known) | (Unknown) |
| Street Address | |
| City and County | |

Defendant No. 7

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 8

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |

## Statement of Claim - Continuation

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Piracy: I discovered a song I wrote, recorded, produced & published on a Japanese website (which did not even have a link/button for youtube.com (Song Title: A Priori/Fool AT THE MOON) (b). Re. An Industry Associate who had my permission to perform my song "Life On Earth" publicly at venues, while searching for a version of the song discovered it was published (& altered in printed reference) on a Russian website with the contents of my entire album, "Ten Dollars Down" by my Band Huckleberry War, in which I am the originator, songwriter, promoter, & producer of the album available on Youtube.com on the "Huckleberry War Channel" (possibly listed as "Huckleberry J. Smith-Jones". The album was recorded at New Castle Audio Recording Studio in Barrington, Rhode Island.

2. Since my time as a member of Facebook began I have suffered, & continue to suffer the social, political & economic hardships of humiliation, prejudice, and segregation as well as Entrepeneural, employment & housing "Blacklisting"

9



# UNITED STATES DISTRICT COURT
## *District of Rhode Island*

### IFP (*In Forma Pauperis*)

**What is IFP status?  (Filing without paying a filing fee)**

*In forma pauperis* (IFP) is Latin for "in the form of a pauper." IFP status is generally granted to those who the Court determines do not have the resources to pay the $400.00 filing fee. To apply for IFP status, you must complete the Court's Application to Proceed in District Court without Prepaying Fees or Costs form. This form is available in the Clerk's Office or on the Court's website.

**What is required to file an IFP application?**

Please follow these instructions when completing the IFP application:

1. Fill the application out accurately and completely. If any part of the form is left blank, or if any required information is not provided, the IFP application may not be granted. If you provide any information that is false or misleading, sanctions, or a monetary penalty, may be imposed against you.
2. Submit one application for each plaintiff, unless the plaintiffs are spouses living in the same household or a parent and minor child living in the same household.
3. Sign the IFP application.
4. The IFP application must be filed with your complaint. The Clerk's Office will not accept a complaint unless it is accompanied by either the full $400.00 filing fee or an IFP application.

**What will happen after the IFP application is filed?**

After you file an IFP application, it will be reviewed by a magistrate judge soon after the case is opened. The magistrate judge will examine the financial information provided in the IFP application and determine whether you are unable to afford the filing fee and pay for service.

If the magistrate judge finds that you are able to afford the filing fee, the magistrate judge will enter an order to: (a) allow you to file an amended IFP application; or (b) require you to pay the $400.00 filing fee. If you do not comply with the order within the time allowed, your case may be dismissed.

If the magistrate judge finds that you are unable to afford the filing fee, the magistrate judge will review your complaint for certain defects. If your complaint is found to be defective, your IFP application will not be granted. The magistrate judge may give you an opportunity to file an amended complaint or may recommend to a district judge that your case be dismissed.

**What happens after my IFP application is granted?**

If the magistrate judge finds that you are unable to afford the filing fee and that your complaint states a claim that can be heard in federal court, then the magistrate judge will enter an order granting your IFP application. If your IFP application is granted, the Clerk's Office will issue a signed and sealed summons and make arrangements to have a copy of the summons and complaint served upon the named defendant(s) by a U.S. Marshal. You must provide the Clerk's Office with an accurate address for each named defendant on a U.S. Marshal Service form to ensure that each defendant is properly served.

**What costs will be paid by the Court if I am granted IFP status?**

Under 28 U.S.C. § 1915, persons granted IFP status will have their filing fee and service of process for the summons and complaint waived by the Court. All other costs, such as copy fees, costs of service for documents other than the complaint, discovery costs, and transcript costs are not automatically covered by statute under 28 U.S.C. § 1915. If you want to ask the Court to pay for any costs other than the filing fee and service of process for the summons and complaint, you must file a motion explaining why the Court should grant your request.

If you have additional questions, visit the Clerk's Office during normal business hours or contact us at the number below. Please note: we will be happy to provide you with general instructions concerning court rules and procedures; however, we are prohibited from interpreting those rules and procedures or the law, evaluating facts, calculating time deadlines, or otherwise providing legal advice.

United States District Court
District of Rhode Island
One Exchange Terrace
Providence, Rhode Island 02903
Hours: Monday through Friday
9:00 A.M. to 4:30 P.M.
Telephone: (401) 752-7200